HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARANSHU SINGHAL, *et al.*,

Plaintiffs,

v.

JOSEPH B. EDLOW, *et al.*,

Defendants.

CASE NO. 2:26-cv-00001-RAJ

ORDER

Before the Court is Plaintiffs' motion for leave to file a sur-reply, Dkt. # 21, in response to new arguments raised in Defendants' reply and supplemental reply in support of their motion to dismiss. Upon review of Plaintiffs' motion, Defendants' response, and the balance of the record, the Court **GRANTS** Plaintiff's motion for leave to file a sur-reply, Dkt. # 21. By no later than **May 29, 2026**, Plaintiffs shall file the sur-reply (Dkt. # 21-1) attached to their motion for leave to file a sur-reply.

Dated this 26th day of May, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1